

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF TEXAS

MICHAEL FOSTER
    Plaintiff

    V.                          Civil Action No. 4-23CV-12050

KEVIN BONEBERG
    Defendant                   COMPLAINT

RISK MANAGEMENT
    Defendant

## PARTIES

1. Plaintiff Michael Foster, is and was at all times mentioned her-
in a prisoner of the State of Texas in the custody of the Texas Dep-
artment of Corrections. He is currently confined in the Texas State
Prison in Beaumont, Texas.

~~to~~                   ## DEFENDANT

2. The Defendant Kevin Boneberg at all relevant times, acted as the
agent for the State of Texas, United States, Tarrant County, City of
Fort Worth.

3. The Defendant Risk Management at all relevant times, is legally
responsiable for all agents within the State of Texas.

<u>FACTS</u>

4. On July 27th 2022 after Plaintiff reviewed his Common Law Copy Right, Power of Attorney, Security Agreement and Commercial Notice of Trade Name and the indictment and judgment in the criminal case, it was discovered that the Defendant Kevin Boneberg initiated illegal proceedings against Plaintiff ~~and~~ and used his property without his knowledge and consent. Exhibit not annexed.
~~5.~~

5. After becoming aware of the Defendant acts and on April 15th 2022 Plaintiff sent notice to the Defendant dated April 13th 2022 attached to the cover letter to Tom Wilder for service on Kevin Boneberg, notifying him, among other things that the Trade Name Trade Mark property, "MICHAEL ANTHONY FOSTER", belong to Plaintiff. Plaintiff also attached a preliminary investigation to determin the matter. Exhibit not annexed.

6. On October 11th 2022 the Defendant Kevin Boneberg began admitting to the facts by tacit agreement.

7. On October 11th 2022 Plaintiff notified Defendant that he had become a Debtor to the Plaintiff in the investigation to which Defendant agreed.

8. On September 16th 2022 signed and dated the same by the Deputy Clerk, returned, Plaintiff received siad Official Notice and Preliminary Investigation. Exhibit not attached.

9. On October 19th 2022 attached to a cover letter dated same to Tom Wilder Plaintiff sent notice to Defendant Kevin Boneberg ~~to discon~~ a notice

to discontinue use of Plaintiffs property and denying the Defendant use of Plaintiff's property, Defendant was also notified that his use constitutes consent and agreement. Defendant was further notified and serviced with a copy summary of the Plaintiff's official public record of Plaintiff's Common Law Copyright, to which Defendant agreed to. Exhibit not attached. The Defendant was also serviced with a notice to discharge the Plaintiff, all to which Defendant agreed, Exhibit not annxed hereto hereto.

10. Despite siad previous notification to the Defendant via Tom Wilder, District Clerk, Defendant continued siad use of the Plaintiff's property and continued to consent and agree to he a Debtor for of the Plantiff and consent and agreed to siad previous notifications.

11. As a result, on January 9th 2023 in a legal communication dated the same attatched to the cover letter to Tom Wilder for service on Kevin Boncberg, Plaintiff sent the Defendant the "Payment of Terms" and "Invoice" per Plaintiff's Common Law Copy Right, Trade Mark Trade Name on official public record, to which Kevin Boncberg agreed to pay Plaintiff siad certain sum by his continued consent and agreement.

12. After the 10th day after Defendants reception of the Payment Terms and Invoice, Defendant failed to pay the full amount and or any amount of the terms and went into fault. As a result on April 26th 2023 Plaintiff sent a notice to Defendant affording him an opportunity to cure the terms of his fault. Plaintiff further notif-

ied the Defendant that the notice would be the final notification to
him in the matter, to which Defendant finally agreed. Exhibit
not annexed.

## CLAIM FOR RELIEF

13. The Plaintiff realleges and incorporate by reference the
allegations to paragraphs to 1-12 of the complaint.

14. The name MICHAEL ANTHONY FOSTER is the exclusive pr-
operty and Trade Mark Trade Name of the Plaintiff.

15. The Trade Mark Trade Name is not for public use or priv-
ate use.

16. During the time that the name is a public record and un-
der the Plaintiffs ownership, use of the name is denied with-
out permission. Any use thereafter is unauthorized.

17. The Defendant Kevin Boneberg's use of the name/property
was unauthorized when Defendant initiated criminal proceed-ings
that were illegal against the Plaintiff, using, displaying, count-
erfeiting and and reproducing siad name without permission.

18. Plaintiff gave public warning to the public which he
placed on public records.

19. (ADMITTED)

## DEMAND FOR RELIEF

24. WHEREFORE, the plaintiff demands the court enters judgment in the amount sought by the Payment Terms and Invoice, granting:

20. Compensatory damages in the amount of $150,000,000.00 against the defendant.

21. A permanent injunction ordering the defendant, Kevin B- oneberg to forthwith stop all illegal use and any use what- soever, derivitave, veriations or otherwise, of the plantiff property and Trade Mark Trade Name.

22. The Plaintiffs' judgment of coast resulting from the suit.

23. Any additional relief the court deems just and equatiable.

Date:

CERTIFICATE OF SERVICE

I certify that a true and court copy of complaint and summons was served by the U.S. Marshall on Kevin Goneberg at the Tarrant County District Attorneys Office, 401 W. Belknap, Fort Worth Tx., 76196, and Mary Nickelson, Comptroller, 100 Weather- ford St., Rm 130, Fort Worth, Tx. 76196 on this ___21st___ day of August 20.23

Michael Foster
SPC, For: MICHAEL FOSTER

Michael Foster, 1618286
Mark Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705

Michael Foster

IN THE UNITED STATES COURT

FOR THE NORTHERN DIVISION OF TEXAS

Date: November 3 2023

Re: Matter of Michael Foster V. Kevin Boucherg

Dear, Clerk

    Be advised, attatched to this notification is the cover letter dated August 21st 2023 itimizing ten documents that are attatched to siad cover letter.

    Be further advised that the delay in sending the matter to the court was caused by the Mark Stiles Unit Prison and the prison mail room supervisor for the Texas Department of Criminal Justice. Video records would indicate a federal offence of tampering with mail service. Also delayed returned, by siad above, was the April 26th 2023 Notice and Opportunity to Cure Fault returned by above Clerk.

    Respectfully,


Envelope I.D. # A8212023

Michael Foster 1613836
Mark Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DIVISION OF TEXAS

DATE: August, 21 2023

Dear Clerk,

Please find attached, a copy of the original documents below:

1. Complaint and Order.
2. Summonds.
3. Affidavit of Michael Foster.
4. Affidavit of Kevin Boneberg.
5. Writ of Hebaus Corpus; and Order.
6. Notice.
7. Attatchment and Garnishment and Order.
8. Judament of Coast and order.
9. IFP.
10. Plaintiff List of Witnesses.

Please stamp date and copies and bring this matter to the attention of the District Court Judge.

Please obtain a copy of each document for the court records.

Please obtain a copy of each document for service by the the U.S Marshall, and deliver said documents to the Marshall for service.

Please return read stamp dated copies of originals to my address below

Be advised, I have attached a notice further indicating that I am without means to acces to a copy machine for service of the process.

Thank you,

Michael Foster, 1615836
Mark Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705

P.S.
    Sent certified mail no.08212023 in lieu of U.S.P.O. certified mail,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

MICHAEL FOSTER
    Plaintiff

v.

KEVIN BONEBERG, ASST,
DIST, ATTNY
    Defendant

AFFIDAVIT OF MICHAEL FOSTER
IN SUPPORT OF COMPLAINT

    Civil Action No.

State of Texas,
    } ss:
County of Tarrant }

Michael Foster, on giving oath states the following:

1. On August 21st, I personally served the above named Defendant with a summons and complaint in the captioned action above. Service was made while said Defendant was employed by the State of Texas doing business in the state.

2. At all times relevant to the action and service there of, Kevin Boneberg was employed by the state working as the and under the title of Assistant District Attorney for Tarrant County.

3. During the criminal case Kevin Boneberg did not obtain an

indictment legally in the 396 th District Court, to which he admits. During said criminal procedure Kevin Boneberg also did not obtain permission or consent to use above Plaintiffs property to obtain an indictment or any other matter in the criminal case.

4. This action arises out of unauthorized use of the Plaintiffs property to which, Kevin Boneberg, via consent, admission and theit agreement, agreed to satisfy the obligation and perform the balance of the contract.

5. All preformance, negotiations, agreements, use, obligations, satisfaction giving rise to this claim were by consent stipulation and agreement for which acts Kevin Boneberg committed, he was fully and solely responsible for and accepted the resulting liability.

6. Kevin Boneberg was aware before and after receiving process in this action that his acts were unauthorized and without consent or permission.

Michael Foster, SPC, for:
MICHAEL ANTHONY FOSTER

Under oath before me on this        day of           20   .

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

MICHAEL FOSTER
        Plaintiff

    V.                              AFFIDAVIT OF KEVIN BONEBERE

KEVIN BONEBERE, Act.            IN SUPPORT OF COMPLAINT
Dist. Attny
        Defendant                       Civil Action No.


State of Texas )
               ( s.s.:
County of Tarrant)


        Kevin Boneberg, on giving oath states the following:

1 On August 21st, I was personally served with a summons and
and complaint in the above captioned action. Service was made
while I was employed as the Assistant District Attorney for Tar-
rant County.

2. At all times of service and at all times relevant to the action
I was employed working as an employee for the State of Te-
xas; as the Assistant District Attorney for Tarrant County.

3. Although I did not obtain an indictment in the criminal
case in the 396th District court legally, permission was not
obtain by me from Michael Foster, above Plaintiff, to use the

to use his property for the purpose of obtaining an indictment or any other matter in the criminal case.

4. This action arises out of unauthorized use of the Plaintiffs property to which I agreed in a tacit agreement and consent to satisfy the obligation through the performance of the contract.

5 All negotiations, agreements, use, performance, obligations, and satisfactions and the like giving rise to this claim were by stipulation, consent and agreement for which acts I committed I am fully and obligingly solely responsible for and had accepted the resulting liability in this case.

6. I was aware prior to and after receiving processes in this action that my acts were not authorized or by consent.

_____

Kevin Banebery,
Michael Foster, SPC for: Kevin
Banebery.

Under oath before me on this          day of          20   .

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF TEXAS

MICHAEL FOSTER
        Plaintiff

        V

KEVIN BONEBELE                         Civil Action No. _____
        Defendant

Risk MANAGEMENT
        Defendant                   NOTICE


    This advisory of above Plaintiff is to advise the court that the Plain-
tiff has excessive due dilligence under the circumstances of custdy,
including but not limited to the following:

1. Plaintiff made all attempts to obtain an In forma Pauperis (IFP)
   to anex to the complaint before submissions.

2. No efforts could be made by Plaintiff to obtain copies of submissions,
   Plaintiff dose not have access to a copper and the prison dose not allow
   use of their copper.

3. Plaintiff made efforts prior to filing complaint, to obtain the rep-
   resentative and address for Risk Management.

4. Plaintiff made efforts to contact the Tarrant County Public Records

Office for public records filing but office did not respond.

5. Plaintiff filed a writ and order, but could not obtain the name of the current sheriff for Tarrant County.

Michael Foster, SPC
For: Michael Foster, Anthony and Kevin
Boheheng

Mark Stiles Unit
Michael Foster, 1613836
3060 FM 3514
Beaumont, Tx. 77705

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL FOSTER
   Plaintiff

V.

KEVIN BONEBERG
   Defendant

Civil Action No. _____

PLAINTIFF'S LIST OF WITNESSES

Pursuant to the Federal Rules of Evidence, above Plaintf submits this list of witnesses as enumerated below:

1. Dana Debeauvoir, County Clerk for Travis County, Texas.
2. David B. Hooten, County Clerk for the Central Filing Office, at Oklahoma City, OK.
3. Kevin Boneberg, Asstant District Attorney for Tarrant County Texas.
4. Tarrant County Risk Management Supervisor.
5. Bryan Collier, Chief Executive for Texas Department of Criminal

Justice.

6. Mary Nickelson, County Clerk for the Tarrant County Public Records Office.

7 Thomas Wilder, Tarrant County Criminal District Clerk.

8. George Gallager, Tarrant County Criminal District Judge.

9. Fred Cummings, Tarrant County Criminal Defence Attorney,

This includes but is not limited to this list of witnesses.

Michael Foster, 1613836
Mark Stiles Unit
3060 FM 3514
Beaumont, Tx. 77705

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

The United States of America §

State of Texas                          §

County of Tarrant                    §                    Civil Action No. _____

WRIT

To:

Bryan Collier, Chief Executive

PO Box 99

Huntsville, Tx. 77342

Greetings

We command you; that you do forthwith within (10) days of reception of this order, without excuse or delay, to bring or cause to be brought before the District Court of the United States, Fort Worth Division, Tarrant County Texas, now in session at the Court-house in Fort Worth, in said district, the body of Michael Foster, 1613856, by whatever name or names and/or the entity known or called, and detained in your custody, as represented to you, by the petition of Michael Foster; then and there to preform such order and aid and direction as our said District Court of the United States shall make in behalf.

Hereof make due return forthwith under penalty of what

the law directs.

_____
Clerk of the Court

Witness:

Clerk of said District Court of the
United States of America for the Nor-
thern District in said County and St-
ate this _____ day

of _____ 19

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF TEXAS

MICHAEL FOSTER,

    Plaintiff

    V

KEVIN BONEBURE, DISTRICT
ATTORNEY FOR TARRANT COUNTY

Civil Action No. _____

JUDGEMENT OF COAST

    This action came on before the Court Clerk for the coast of the Action, to issue an order that the Defendant pay full coast of the judgment entered by the Clerk, duly rendered,

    It is therefore Ordered and Adjudged, that the Defendant pay the full coast of the act at amount set by the Clerk.

    Dated at Tarrant County Texas, this _____ day of _____

_____

Clerk of Court



NOV 2 8 2023

MICHAEL FOSTER, 1613836
MARK STILES UNIT
3060 FM 3514
BEAUMONT, TX. 77705

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF TEXAS
ATT: COURT CLERK
501 W. 10TH STREET ROOM, 310
FORT WORTH, TX.

X-RAY

T.D. # 08212023



In the United States District Court
For the Northern Division of Texas

MICHAEL FASTER
    Plaintiff

       V.          ORDER

RISK MANAGEMENT      Civil Action No._____
    Defendant

    Upon complaint, summons and Attatchment and Garnishment submitted hereunto, it is:

    ORDERD that Risk Management shall upon notice of attatchment, forthwith turn over to the U.S. Marshall all aquisition to be collected by said Marshall as security tendered to the court for satisfaction of the obligation and entry of judgment.

    IT IS FURTHER ORDERD that this attatchment and all other papers attached to it, be served on said plaintiff.


_____
U.S. DISTRICT CLERK


Date:

United States Distict Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

MICHAEL FOSTER
        Plaintiff

                V.                    ORDER

KEVIN BONEBERG          Civil Action No. _____


    Upon complaint, summons, and annexed writ, submitted herewith, it is:

    ORDERED, that said Chief Director, Bryan Collier, Texas Department of Criminal, Huntsville Texas, preform such aid and direction and forthwith produce within said prescribed time, the plaintiff under the name Michael Anthony Foster, 1613836, currently held under your custody. Plaintiff is to be transferred from the Texas Department of Criminal Justice custody to the Tarrant County Sheriff's Department at the location of, 100 N. Lamar St, Fort Worth, TX. 76102

_____
U.S. DISTRICT CLERK

Date:

United States District Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Michael Foster            )
    Plaintiff             )
vs.                       )            Civil Action No. _____
Kevin Boncheiq,           )
    Defendant             )
Risk Management           )
    Defendant             )

ORDER

It is THEREFORE ORDERD, that the Defendant, Kevin Boncheiq pay the Plaintiff, Michael Foster for recovery, the sum of $150,000,000.00.

It is further ORDERD, that the Defendant, Kevin Boncheiq forthwith stop using the Plaintiff's property.

It is ORDERD, that the Defendant, Kevin Boncheiq pay the court coast of the case.

Dated at Fort Worth, Texas, this _____ day of _____ 20___.

_____
U.S. District Clerk, Clerk

IN THE UNITED STATES DISTRICT COURT
For The Northern Division of Texas

Civil Action File No. _____

MICHAEL ANTHONY FOSTER, PLAINTIFF)
   V.        )
All property land, ect    ) ATTACHMENT AND GARNISHMENT
City of Fort Worth, Texas )
County of Tarrant    )
and Risk MANAGEMENT, Defendant)
KEVIN BANEBLLE, ASST DIST ATT.

  To: Risk Management,

  You are hereby notified that a complaint in Payment Terms has heretofore been filed in the office of the Clerk of the United States District Court for the Northern Division of Texas, in the United States Court House In Texas, for the taking of all funds and interest accounts, land, property, building, estates, ect, elsewhere and at the location of, the address, Mary Nickleson, Comptroller of Public Accounts, Risk Management, 100 Weatherford St., RM.130, Fort Worth TX. 76102 for security and deposits tendered to the courts to secure the satisfaction of the judgment, of the following discribed property in which you have or claim an intrest.

  # You are hereby ordered to forthwith gather and turn over to the U.S. Marshall for collection by the court, upon the 15th day after rec-

ption and service of the complaint and summons.

1. A check or draft, payable to Michael Foster, 1613836 at the location of the Mark Stiles Unit, 3060 FM 3514, Beaumont Tx 77705, in the amount sum certain of $150,000,000.00, one Hundred and Fifty Million Dollars U.S. money of account.

2. The original documents, notarized and certified, of all land and deeds owned by you or in your possession.

3. The original documents, notarized and certified, of all deeds, titles, ect, of all buildings owned by you or in your possession.

4. The original documents, notarized and certified, of all vehicle titles owned or possessed by you, including but not limited to, all electric motorized vehicles, all fule powered vehicles, all police vehicles, all commerical and industrial vehicles, all road service construction vehicles, all city transit and transportation vehicles and all train and rail road vehicles.

5. The original documents, notarized and certified, of all land and deeds, titles to all water rights throughout the United States and all water departments owned or possessed by you.

6. You shall submit therewith, an a Power of Attorney supported by affidavit transfering all seized aqusition above mentioned to from your ownership or possession to the ownership and possession of above Creditor, Michael Anthony Foster, pursuant to legal authority under Title 18 of the United States Code rule 64, for siad security.

You are notified as a matter of formality to this uncontested action that if you desire to present any objection or defenses to the taking of any property, you may do so by a responsive

answer to the Plaintiff's address below within (20) days of this notice.

Among other things your responsive pleadings shall identify the property in which you claim an interest

In alternative you without a responsive pleading you may serve on the Plaintiff a notice of appearance designating the property in which you claim to be interested.

To the Clerk or Court you may present evidence that the amount of compensation in the sum certain of the satisfaction sought has been tendered and that the rest of securities should be returned.

Further be advised, regarding all said above mentioned aquistion, no operations of such property is to be affected. All business, commerce and normal operations shall continue in their normal day to day activity. No changes are to be made or anticipated after said transfer of ownership. Said property is only regarded as property held by the Creditor until the obligation is satisfied.

DESCRIPTION OF TERMS -

In alternative to above notice you may draft a negotiable instrument payable to Michael Anthony Foster in the amount of $50,000,000.00, Fifty Million Dollars per settlement out of court, and $25,000,000.00 payment per year until said obligation of the total sum of $150,000,000.00 one Hundred and Fifty Million dollars is fully satisfied. You shall have (10) days upon reception of this notice to request a stop seizure pursuant to this

Negoeation of Terms and sete settlement of the claim. Said draft and all legal documents, notice, comment, statments, letters, ect shall be sent certified mail return receipt requested to address below.

WHEREFORE, Plaintiff request, grants _this court_ the relief sought here-through to satisfy said obligations.

Ab

Michael Foster

SPC, For MICHAEL ANTHONY
FOSTER.

Michael Foster, 1618836
Mark Stiles Unit
3060 Fm 3514
Beaumont, Tx. 77705

## CERTIFICATE OF SERVICE

I hereby certify that a correct copy, _of the_ Attatchment and Garnishment was delivered to, _____, Risk Manage-ment Office, on the 21 st day of August _____ 2023

Ab
Michael Foster

MICHAEL FOSTER, 1613836
MARK STILES UNIT
3060 FM 3514
BEAUMONT, TX. 77705



NOV 28 2023

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF TEXAS
ATT: COURT CLERK
501 W. 10TH STREET ROOM, 310
FORT WORTH, TX. ▬▬▬▬



I.D. # EX 08212023



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE · CORRECTIONAL
INSTITUTIONS DIVISION