IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL FOSTER,<br>Institutional ID No. 01613836<br><br>    Plaintiff,<br><br>VS.<br><br>KEVIN BONEBERG, *et al.*,<br><br>    Defendants. | Civil Action No. 4:23-cv-1205-O |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff's complaint is DISMISSED. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **16th day** of **January, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE